**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | |
|---|---|---|
| BRYAN K. JOHNSON, Register No. 1045428, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4232-CV-C-NKL |
| | ) | |
| DON ROPER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On October 27, 2006, plaintiff filed a motion to dismiss his claims voluntarily. Pursuant to Fed. R. Civ. P. 41(a), it is

ORDERED that this case is dismissed, without prejudice. [5] It is further

ORDERED that the Clerk of Court discard the plastic bag of tobacco submitted as an exhibit in this case.


/s/ _____

NANETTE K. LAUGHREY
United States District Judge


Dated: November 16, 2006
Jefferson City, Missouri